1  LAW OFFICES OF JULIE M. MCCOY
   JULIE M. MCCOY, Bar no. 129640
2  JACQUELYNE M. NGUYEN, Bar no. 249658
   1670 SANTA ANA AVE., SUITE "K"
3  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
4  Fax: (949) 722-8416

5  Attorney for: PLAINTIFF

8               UNITED STATES DISTRICT COURT
9               CENTRAL DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,          No. CV A 11-1575
12                Plaintiff,
13        vs.                          CONSENT JUDGMENT
14 JACQUELINE GAINES,
15                Defendant

17     Pursuant to the above stipulation of the parties,
18 Judgment is hereby entered in favor of Plaintiff, UNITED
19 STATES OF AMERICA, against Defendant, Jacqueline Gaines, in
20 the principal amount of $2,698.48 plus interest accrued to
21 February 7, 2011, in the sum of $4,808.48; with interest
22 accruing thereafter at 8% annually until entry of judgment,
23 for a total amount of $**7,506.96**.

25 DATED: 3/15/2011          By: TERRY NAFISI
                                  Clerk of the Court

                                  _Yvette Loris_
                                  Deputy Clerk
                                  United States District Court

Page 5